JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAVIAN GARCIA VASQUEZ,<br>Petitioner,<br>v.<br>SECRETARY OF HOMELAND SECURITY, et al.,<br>Respondents. | Case No. EDCV 26-1958 PVC<br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order Dismissing Petition,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice for lack of subject matter jurisdiction.

Dated: October 22, 2026

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE